782 A.2d 919

IN THE MATTER OF JAMES I. PECK, IV, AN ATTORNEY AT LAW

October 25, 2001.

### ORDER

**JAMES I. PECK, IV,** of **WEST ORANGE,** who was admitted to the bar of this State in 1974, having pleaded guilty to one count of knowingly and willfully possessing child pornography in violation of 18 *U.S.C.A.* 2252(a)(4)(B), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JAMES I. PECK, IV,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JAMES I. PECK, IV,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES I. PECK, IV** comply with *Rule* 1:20–20 dealing with suspended attorneys.